# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALLEN J. DEMOCH**                                                                                        **PLAINTIFF**

V.                                        No. 4:23-CV-00510-BRW-ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                                                **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner in this case.

IT IS SO ORDERED this 2nd day of January, 2024.

                                                                BILLY ROY WILSON
                                             UNITED STATES DISTRICT JUDGE